UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARLOS RAMOS,

    Plaintiff,

v.                                           Case No. 8:18-cv-2052-T-33CPT

ATLANTIC COAST ENTERPRISES, LLC,
d/b/a ACE JIFFY LUBE CENTERS, LLC,

    Defendant.
_____/

**O R D E R**

Before the Court is the Plaintiff's *Application for Determination of Civil Indigent Status* (Doc. 2), which the Court construes as a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Upon review of the Plaintiff's Application and his Complaint (Doc. 1), it is hereby ORDERED:

    1.    The Plaintiff's request to proceed *in forma pauperis* is GRANTED.

    2.    The Plaintiff is directed to complete and return the "Summons in a Civil Action" and the "USM-285" forms to the Clerk within twenty (20) days,[1] whereupon the United States Marshal is directed to serve the appropriate parties.

---

[1] Both of these forms can be found by clicking on the "Filing a Case" heading on this Court's website at http://www.flmd.uscourts.gov, and then going to the "Forms" tab. The "Summons in a Civil Action," form AO 440, is provided under the "Filing a Case Forms" section. The "USM-285" form is provided under the "Marshal Forms" section. If the Plaintiff does not have access to the internet to download these forms, the Plaintiff may obtain the forms by contacting the Clerk's Office at 813.301.5400.

DONE and ORDERED in Tampa, Florida, this 21st day of August 2018.

_____
HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
*Pro se* Plaintiff