```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                        TAMPA DIVISION
```

CARLOS RAMOS,

      Plaintiff,

v.                                Case No. 8:18-cv-2052-T-33CPT

ATLANTIC COAST ENTERPRISES, LLC,

      Defendant.
_____/

**ORDER**

    This matter comes before the Court pursuant to pro se Plaintiff Carlos Ramos' Motion for Permission for Electronic Case Filing (Doc. # 7), filed on August 28, 2018. In an effort to ensure the dictates of Federal Rule of Civil Procedure 1 are effectuated, the Court authorizes Ramos' use of CM/ECF in this action. Ramos is directed to visit the Court's website and register for CM/ECF accounts (login and password) with the assistance of the Clerk's office. Ramos is directed to contact Ariel Guzman at (813) 301-5439 for assistance. Once Ramos receives a CM/ECF account, Ramos is directed to utilize the Court's electronic case management filing system when filing any document with the Court.

    Ramos is cautioned that he must comply with the Local Rules of the Middle District of Florida, the Federal Rules of

Civil Procedure, and the Administrative Procedures for Electronic Filing. The Court directs Ramos to review these rules prior to filing any document on CM/ECF. Additional information regarding CM/ECF is available on the Court's website at www.flmd.uscourts.gov.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

Plaintiff Carlos Ramos' Motion for Permission for Electronic Case Filing (Doc. # 7) is **GRANTED.** Ramos is directed to register for a CM/ECF account (login and password) with the assistance of the Clerk's Office as detailed herein.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 29th day of August, 2018.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE