AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| CARLOS RAMOS <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> ATLANTIC COAST ENTERPRISES, LLC <br> D/B/A <br> JIFFY LUBE CENTERS, LLC <br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  8:18-cv-2052-T-33CPT |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MANDELL, CRAIG J, ESQ.
MOSKOWTIZ, MANDELL, SALIM & SIMOWITZ, PA

800 CORPORATE DRIVE, SUITE 600
FORT LAUDERDALE, FL 33334

*[handwritten: Atlantic Coast Enterprises, LLC Attn: Todd Armbruster Esq. 800 Corporate Dr. #500 Ft Lauderdale, FL 33334]*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   CARLOS RAMOS
6168 LAYTON AVE
SPRING HILL, FL 34608
charlie.ramos@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ___Oct 23, 2018___         _____
*Signature of Clerk or Deputy Clerk*